**STATE v. HEIEN**

[367 N.C. 163 (2013)]

STATE OF NORTH CAROLINA v. NICHOLAS BRADY HEIEN

No. 380A11-2

(Filed 8 November 2013)

On appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 741 S.E.2d 1 (2013), affirming an order signed on 25 March 2010 by Judge Vance Bradford Long and judgments entered on 26 May 2010 by Judge A. Moses Massey, all in Superior Court, Surry County, after the Supreme Court of North Carolina remanded the Court of Appeals' prior decision of this case, *State v. Heien,* ___ N.C. App. ___, 714 S.E.2d 827 (2011). Heard in the Supreme Court on 14 October 2013.

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State.*

*Michele Goldman for defendant-appellant.*

PER CURIAM.

AFFIRMED.